# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-09227-JST (OP) | Date | May 16, 2013 |
| Title | Harvey Gene Rayburn v. T. L. Gonzalez | | |

| | | |
|---|---|---|
| Present: The Honorable | Oswald Parada, United States Magistrate Judge | |
| Jim Holmes | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**   **IN CHAMBERS:   ORDER TO SHOW CAUSE**

On December 2, 2010, Harvey Gene Rayburn ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition"), along with a supporting Memorandum of Points and Authorities and supporting Exhibits. (ECF No. 1.)  Petitioner challenges Governor Arnold Schwarzenegger's June 1, 2009, reversal of the Board of Parole Hearings' ("Board") January 12, 2009, decision finding Petitioner suitable for release on parole.  On February 23, 2011, Respondent filed an Answer to the Petition.  (ECF No. 5.)  On March 21, 2011, Petitioner filed an Opposition to the Answer ("Reply").  (ECF No. 7.)

On March 26, 2013, the Court issued its Report and Recommendation of United States Magistrate Judge, recommending the denial of the Petition, dismissal of the ex post facto claim without prejudice, and dismissal of the remaining claims with prejudice.  (ECF No. 9.)  On April 4 and 11, 2013, mail addressed to Petitioner was returned to the Court as undeliverable with the notation "Paroled/Discharged."  (ECF Nos. 11-13.)

Local Rule 41-6 provides that:
> A party proceeding pro se shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any.  If mail directed by the Clerk to a pro se plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

/ / /
/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-09227-JST (OP) | Date | May 16, 2013 |
|---|---|---|---|
| Title | Harvey Gene Rayburn v. T. L. Gonzalez | | |

Accordingly, Petitioner is ordered to show cause no later than June 14, 2013, why this case should not be dismissed for failure to prosecute. Filing of Petitioner's current contact information in compliance with Local Rule 41-6 on or before June 14, 2013, shall be deemed compliance with this Order to Show Cause. Petitioner's failure to do so by the date indicated shall result in the Court recommending that this action be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

cc: All Parties of Record

Initials of deputy clerk   jh-relief