JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY GENE RAYBURN,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>T. L. GONZALEZ, Warden,<br><br>　　　　　　Respondent. | Case No. CV 10-9227-JST (OP)<br><br>J U D G M E N T |

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: September 3, 2013

JOSEPHINE STATON TUCKER
HONORABLE JOSEPHINE STATON TUCKER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge